FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRITTNEY DAVIS, an individual, and DARREN DAVIS and RENE DAVIS, husband and wife, and the marital community comprised thereof,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC, a Delaware Limited Liability Company d/b/a Playtex Products; FRED MEYER STORES, INC., an Ohio Corporation d/b/a/ FredMeyer; and JOHN AND JANE DOES 1-10,<br><br>    Defendants. | NO. 2:18-CV-00057-SAB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

    Before the Court is the parties' Stipulation of Dismissal with Prejudice, ECF No. 79. Plaintiff is represented by Carl Oreskovich and Andrew Wagley. Defendants are represented by Courtney Harrison, Megan McCurdy, John Moticka, Charles Willmes, and Evelyn Winters. The parties stipulate that all claims in this matter be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

**ORDER DISMISSING ACTION WITH PREJUDICE ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal with Prejudice, ECF No. 79, is **accepted and entered into the record**.

2. All claims asserted in this matter are **dismissed with prejudice**, with all parties to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 15th day of March 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION WITH PREJUDICE ~ 2**